# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | NO. 1:08-CR-0348 |
| | : | |
| v. | : | (Judge Conner) |
| | : | |
| **BRANDON L. PARNCUTT (01),** | : | |
| **KIRSTEN N. TODD (02),** | : | |
| **TIMOTHY KNAUB (03), and** | : | |
| **LYNETTE SNYDER (04),** | : | |
|         **Defendants** | : | |

## **ORDER**

AND NOW, this 1st day of December, 2008, upon consideration of the government's motion to unseal the previously sealed documents in this case (Doc. 65), it is hereby ORDERED said motion is GRANTED. The Clerk of Court is hereby directed to UNSEAL this matter.

                                         S/Christopher C. Conner
                                         CHRISTOPHER C. CONNER
                                         United States District Judge